## U.S. District Court
### District of New Jersey [LIVE] (Newark)
### CRIMINAL DOCKET FOR CASE #: 2:25-mj-15068-SDA All Defendants
### Internal Use Only

1:25-mj-216

| | |
|---|---|
| Case title: USA v. CHAO | Date Filed: 04/10/2025 |
| | Date Terminated: 04/10/2025 |

Assigned to: Magistrate Judge Stacey D. Adams

**Defendant (1)**

CHI MING CHAO  
*TERMINATED: 04/10/2025*

represented by **CANDACE HOM**  
OFFICE OF THE FEDERAL PUBLIC DEFENDER  
1002 BROAD STREET  
NEWARK, NJ 07102  
(973) 645-6347  
Fax: (973) 645-3101  
Email: candace_hom@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

50:4819F - CONSPIRACY TO VIOLATE THE EXPORT REFORM ACT OF 2018

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| USA | | represented by **CASEY S. SMITH**<br>DOJ-USAO<br>DISTRICT OF NEW JERSEY<br>970 BROAD STREET<br>ROOM 700<br>NEWARK, NJ 07102<br>973-645-2795<br>Email: casey.smith2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2025 | | Arrest (Rule 5) of CHI MING CHAO. (LM, ) (Entered: 04/11/2025) |
| 04/10/2025 | 1 | Minute Entry for proceedings held before Magistrate Judge Stacey D. Adams:Initial Appearance in Rule 5 Proceedings as to CHI MING CHAO held on 4/10/2025, Bond Hearing as to CHI MING CHAO held on 4/10/2025, Bond set as to CHI MING CHAO (1) $100,000 Unsecured Appearance Bond, etc. (LM, ) (Entered: 04/11/2025) |
| 04/10/2025 | 2 | *SEALED* (Court only) CJA 23 Financial Affidavit by CHI MING CHAO. (LM, ) (Entered: 04/11/2025) |
| 04/10/2025 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to CHI MING CHAO: CANDACE HOM for CHI MING CHAO appointed for today only. Signed by Magistrate Judge Stacey D. Adams on 4/10/25. (LM, ) (Entered: 04/11/2025) |
| 04/10/2025 | 4 | ORDER Setting Conditions of Release as to CHI MING CHAO (1) $100,000 Unsecured Appearance Bond, etc. (Finance notified) Signed by Magistrate Judge Stacey D. Adams on 4/10/25. (LM, ) (Entered: 04/11/2025) |
| 04/10/2025 | 5 | Unsecured Appearance Bond Entered as to CHI MING CHAO in amount of $100,000. (LM, ) (Entered: 04/11/2025) |
| 04/10/2025 | 6 | ORDER advising of the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*. Signed by Magistrate Judge Stacey D. Adams on 4/10/25. (LM, ) (Entered: 04/11/2025) |
| 04/10/2025 | | (Court only) ***Case Terminated as to CHI MING CHAO, ***Terminated defendant CHI MING CHAO, pending deadlines, and motions. ***Set/Clear Flags as to CHI MING CHAO. (LM, ) (Entered: 04/11/2025) |

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>CHI MING CHAO<br>*Defendant* | MAGISTRATE JUDGE: STACEY D. ADAMS<br>CASE NO. 25-MJ-15068<br>DATE OF PROCEEDINGS: 4/10/2025<br>DATE OF ARREST: 4/10/2025 |

**PROCEEDINGS:** I/A on a Rule 5 to EDVA

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL ✓ Today only
- [x] APPT. OF COUNSEL: [x] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: Brady Order

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: 100,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED NJ & EDofVa.
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG. (TBA)
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE: ___
DATE: ___
DATE: ___
DATE: ___
DATE: ___

**APPEARANCES:**

AUSA: CASEY SMITH

DEFT. COUNSEL: CANDACE HOM

PROBATION: ___

INTERPRETER ___
Language:

TIME COMMENCED: 3:00 PM
TIME TERMINATED: 3:13 PM
CD NO: ECR

JACKELINE BARCO
Jackeline Barco, Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* <br><br> v. <br><br> CHI MING CHAO <br> *Defendant* | Case No. 25-MJ-15068 |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this __10__ day of __APRIL__, 2025,

ORDERED that __CANDACE HOM__ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court. (FOR the purposes of THE IA ONLY).

STACEY D. ADAMS
STACEY D. ADAMS, United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE District of New Jersey [LIVE]
Newark, NJ

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                            Case No.: 2:25-mj-15068-SDA
                                            Magistrate Judge Stacey D. Adams

CHI MING CHAO

                    Defendant.

## ORDER

     Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 4/10/25, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

                                 April 10, 2025         s/ Magistrate Judge Stacey D. Adams
                                        DATED                  United States Magistrate Judge